**CHEETAH OMNI LLC,**
**Plaintiff–Appellant,**

v.

**TELLABS, INC., Tellabs Operations, Inc., and Tellabs North America, Inc., Defendants–Appellees,**

and

**Fujitsu Network Communications, Inc., Defendant.**

**No. 2014–1332.**

United States Court of Appeals, Federal Circuit.

Sept. 15, 2014.

Thomas A. Lewry, Esq., Attorney, John S. Leroy, Christopher C. Smith, Attorney, Brooks Kushman P.C., Southfield, MI, for Plaintiff–Appellant.

Constantine L. Trela, Jr., Esq., Richard Francis O'Malley, Jr., Attorney, Sidley Austin LLP, Chicago, IL, James P. Bradley, Esq., Attorney, Mark Alan Dodd, Esq., Attorney, Sidley Austin LLP, Dallas, TX, for Defendants–Appellees.

**ON MOTION**

**ORDER**

Cheetah Omni LLC moves without opposition to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is granted. The appeal is dismissed.

2) Each side shall bear its own costs.